UNITED STATES DISTRICT COURT  
**WESTERN DISTRICT OF TENNESSEE**  
**WESTERN DIVISION**

FILED BY _____ D.C.

05 AUG 11 AM 11: 28

THOMAS M. GOULD  
CLERK, U.S. DISTRICT COURT  
W/D OF TN, MEMPHIS

---

SYLVESTER L. FARMER

v.

ROBERT WALLER

JUDGMENT IN A CIVIL CASE

CASE NO: 03-2130-D

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on August 8, 2005, this cause is hereby dismissed.

APPROVED:

/s/ Bernice B. Donald  
BERNICE B. DONALD  
UNITED STATES DISTRICT COURT

Date August 9, 2005

THOMAS M. GOULD  
Clerk of Court

(By) /s/ Judy Easley  
Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-16-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:03-CV-02130 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

---

Sylvester L. Farmer
DEBERRY SPECIAL NEEDS FACILITY
#154129
7575 Cockrill Bend Industrial Rd.
Nashville, TN 37209--105

Honorable Bernice Donald
US DISTRICT COURT